Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of Colorado

_____ Division

|  |  |
|---|---|
| Joseph A. Koehn<br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br><br>-v-<br><br>See attached<br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names. Do not include addresses here.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>_(to be filled in by the Clerk's Office)_<br><br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 18 2022<br><br>JEFFREY P. COLWELL<br>CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Attachment

Defendant(s)

| | | title |
|---|---|---|
| 1. Williams | , FNU | Warden |
| 2. Cassidy | , FNU | AW |
| 3. Lillard | , FNU | AW |
| 4. Sapp | , FNU | Captain |
| 5. LNU | , FNU | SIS Lt. |
| 6. LNU | , FNU | SIS tec |
| 7. LNU | , FNU | SIS tec. |
| 8. Giraldo | , FNU | SIA |
| 9. Blanckensee, Barb | | Regional Director |
| 10. LNU | , FNU | Central Office Counsel |
| 11. Nelson | , FNU | Unit Manager |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# I.   The Parties to This Complaint

## A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Joseph A. Koehn
All other names by which you have been known:
ID Number: 17659-055
Current Institution: FCI Englewood
Address: 9595 West Quincy Ave
Littleton     CO     80123
_City_     _State_     _Zip Code_

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name: FNU Williams
Job or Title *(if known)*: Warden
Shield Number:
Employer: FCI Englewood    (FBOP)
Address: 9595 West Quincy Ave
Littleton     Co     80123
_City_     _State_     _Zip Code_
[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: FNU Cassidy
Job or Title *(if known)*: AW
Shield Number:
Employer: FCI Englewood    (FBOP)
Address: 9595 West Quincy Ave
Littleton     CO     80123
_City_     _State_     _Zip Code_
[X] Individual capacity   [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: *FNU LNU*
Job or Title *(if known)*: *Sis Lt.*
Shield Number:
Employer: *FCI Englewood (FBOP)*
Address: *9595 West Quincy Ave*
*Littleton* City *Co* State *80123* Zip Code
☒ Individual capacity ☒ Official capacity

Defendant No. 4
Name: *FNU Sapp*
Job or Title *(if known)*: *Captain*
Shield Number:
~~Employer Address~~ *9595 West Quincy A FCI Englewood*
~~Address City~~ *9595 West Quincy Ave*
*Littleton* City *Co* State *80123* Zip Code
☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B. The Defendant(s)

additional page
[1 of 4]

Defendant 5]

| | |
|---|---|
| Name | Barb von Blanckensee |
| Job or title | Regional Director |
| Shield Number | |
| Employer | Federal Bureau of Prisons |
| Address | Gateway complex, Tower ll, 8th floor, 400 State Ave |
| | Kansas City, Kansas 66101 |
| | X individual Capacity X official capacity |

Defendant 6]

| | |
|---|---|
| Name | FNU   LNU |
| Job title | Central Counsel |
| Shield Number | |
| Employer | Federal Bureau of Prisons |
| Address | 320 First Street, NW |
| | Washington, DC 20534 |
| | X individual capacity X official capacity |

[B. The Defendent(s)]

[additional page (2 of 9)]

[Defendent — 7]

    Name           FNU    Giraldo

    Job or title        SIA

    Shield Number

    Employer      Federal Bureau of Prisons

    Address       P.O. Box

                Yazoo City, MS

          x individual capacity  x official Capacity

[Defendent — 8]

    Name           FNU    Lillard

    Job or title        AW

    Shield Number

    Employer      Federal Bureau of Prisons

    Address       9595 West Quincy Ave

                Littleton, CO 80123

          x individual capacity  x offical capacity

B. The Defendent(s)

additional page
3 of 7

Defendent 9.

    Name          FNU    LNU

    Job or title       SIS tec.

    Shield Number

    Employer      Federal Bureau of Prisons

    Address      9595 West Quincy Ave

              Littleton, CO 80123

      x individual capacity  x offical capacity


Defendent 10?

    Name          FNU    LNU

    Job or title       SIS tec

    Shield Number

    Employer      Federal Bureau of Prisons

    Address      9595 West Quincy Ave

              Littleton, CO 80123

      x individual capacity  x offical capacity

## B. Defendent(s)

Additional page
[4 of 4]

[Defendent 10]

| | |
|---|---|
| Name | FNU    Nelson |
| Job or title | Unit Manager |
| Shield Number | |
| Employer | Federal Bureau of Prisons |
| Address | 9595 West Quincy Ave |
| | Littleton, CO   80123 |

x individual Capacity   x offical capacity

_Due process   ,   Equal Protection_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Started at Yazoo PEN continued on to FCI Englewood

IV. Statement of Claim:                              Pg. 1 of 2
       Claim One. Violation of my Due
              Process right's

     When I started my claim I was pushed off
by the SIS Lt. and SIS tec's. I was lied to and SIS
deparment refused to show me policy. When I filed
my admin process for informal use. Staff didn't
address the issue. Yet gave me a copy of a SIS
Advisory dated July 13th 2007. But the department
didn't qoute any policy's. When the admin process
went to a BP-9. My issue for Justification
Still was not addressed. The warden went
on to state "I were sanctioned for sending
threatening communications through a copout
via trulinks (Please Not my access to my
email never changed to Req monitoring back
then and my cop-out wasn't taken away
e ther). My conduct been the same since 2014
to Oct 2020 when my access was changed.
I feel warden addressing my issue wasn't
done in good faith. When my BP-9 was late
I asked unit team to take the next's step
and was told to wait. When appeal was
addressed to the Regional Director. My
issue of Justification was still pushed
off. Regional office went as far to state

I-V. Statement of Claim                                    (Pg-2 of 2)

"You have been precluded from TRULINCS program participation" "The Warden's decision to deny you access to TRULINCS is within agency policy and is supported." First I have access to TRULINCS. Second the Warden Never denyed me access to TRULINCS. Thierd may issue wasn't address at all. Why was I placed on Reg monitoring? What Justifies it after almost Seven year's. My conduct has Never changed. So their for my Due process rights were violated because staff is Not using the Administrative Remedy process in good faith. When filed to the Central Office to address my issues. Their was No responce.

   I feel the Warden, Regional Director, SIS Lt, and the SIS tec's Violated my rights to do process because they refused to address my issue, they Lied, and didn't use the process in good faith. I was forced to do a process that was mishandled, untimely, and handled wrong at all Levels. Yet under the PLRA I had to Complete a process that doesn't work. In Or to go forth to the courts.

IV. Statement of Claim.                                    (Pg. 1 of 4)
          Claim Two. Violation of Equal Protection
(Fourteeth Amendment is typically invoked where discrimination
is alleged)

        This Claim goes after all defendent(s). An
equal protection claim may be asserted, for a group
of persons or even a "class of one." A plaintiff who
alleges that he has been intentionally treated differently
from others "similary situated" and there is No rational
basis for the difference in treatment. When I
went to see my unit manger Mr Nelson. I stated
I was here in 2016, 17", and 18" and I wasn't on
Req. Monitoring. I told him I know fellow inmate's
that have cases Like me. Mr Nelson Stated "give
me their names and we will take away all their
stuff too" I refused. The SIS Lt. stated "Their
are over Four hundred plus inmate's here we
can't monitor them all. Plus the rules are more
relaxed at a yard Like this. ALw Cassidy stated
at mainline "Staff can do whatever they want.
Just wait and see what happen's with your
paper work" Captain Sapp stated " In short
staff didn't do their Job for years, you can't
blame staff for doing their Job now" Mr
Giraldo the SIA at Yazoo PEN that started
 this issue said all Sex Offender are on

I.V. Statement of Claim 7                    Pg 2 of 4.

Req. Monitoring Eleven Staff members on this claim and Not one of them could give me Justification for the action's that were taken.
    The fact is I can prove I have been intentionally treated differently from other Similarly situated inmates. I can't give Name's because staff threatend retalition. Rather then address my issue. Staff refuses the policy's. They keep it Locked up worst then Fort Nock's. All they gave me was a S15 Advisory. That in short they never should have. because it wasn't for me. When I tried to ask for clarification of it staff refused to address me. (refer to VII(E)(4)) Before comming back to FCI Englewood. Bak in Nov of 2020 all sex offender's were put on Req Monitoring by warden williams. This did't Last long. Then all inmates were put back the way they were. If I Never Left here in 2018 and Never went to Yazoo city PEN. I would or should I say a very good chance I would have Never been placed on Req. Monitoring.
    My conduct and charge's have been the same since my arrest in Aug of 2009

I-V. Statement of Claim                                          [Pg-3of 4]

I Never asked for email till April 22, 2014.
From 14, 15, 16, 17, 18, 19, to October 2020
my email work Like every other inmate. In
October 2020 I was singled out and discriminated
by the SIA Giraldo for being a sex offender.
When I got back to FCI Englewood. Its my
conduct acording to SIS Lt and Warden. Yet
Captain Sapp said my conduct has nothing
to do with it. I'm Looking for a rational
basis for the difference. But all I get
is mistreated and Lied to by all Elven
defendent(s) on this case. I can even
prove that Staff Lie's to Staff. So how
am I able to address my issues in good
faith. In short it can't happen. I can
prove this violation and the policy's that
they refuse to show me are being mis-
handled by staff. But most of all I can
show inmates are treated differently and Not
the same Def. for discrimination is simple —
treating a group or a person differtly then
another with No rational basis for the
difference.
     On Dec 24ᵗʰ I meet up with AW Lillard as
He was doing a walk in the unit On 1-4-21

IV. Statement of Claim 〕 〔Pg 4 of 4 〕

He told me my issue with email goes back to FCI Burlin. He said the person who put in my file didn't do their Job. He told me I was right and validated. That staff didn't do their Job. He stated the issue is over his Level. I proved to him the admin. process Let me down (refer to admin Attchments). I proved staff Lied to staff and inmates (see Attchment). I proved Staff didn't do their Job Four over 8 years. Yet I have to pay for their mistakes. Mr. Lillard said I don't have to be happy that staff failed me. He said only way it get's Fixed is to change the Law. I asked him to call their Lawyer. Because this is wrong and my resolution is simple. Mr Lillard Stated he can't do that. Told me I had my admin. process. I stated It doesn't work. He agreed saying it Let me down. Mr. Lillard stated he will tell the truth to all this. But the issue is over him.

IV. Statement of claim (2)                         Attchments

BP-A148.055                    **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Morgan | 12-3-21 |
| FROM: Joseph Koehn | REGISTER NO.: 17659-055 |
| WORK ASSIGNMENT: Compound | UNIT: W/u |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.  I'm 33 days away from filling discrimination in federal Court. I've
sent cop-out's to ask to speak to the SIS Lt and/or Captain to
try to keep this out of federal Court. I want Clarification on
the SIS Advisory dated July 13, 2007. My email been on
since April 2014. Placed on RFQ monitoring in Oct 2020.
Nothing Justifies the change. Staff states my conduct
but my conduct hasn't changed since my arrest Date.
As stated Staff can do whatever they want. I
disagree because we have policy's and law to follow
All I want is my email back the way it was.

(Do not write below this line)

DISPOSITION:

I spoke to SIS and I was informed all inmates with a sex offense are
on required monitoring

K. Morgan

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**      **SECTION 6**

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_Oct of 2020_

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

_See Attachment_

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_N/A_

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want my access changed back to the way it was from April 22, 2014 till Oct of 2021. Plus the FBOP to Pay for any and all Court Fee's if I win my argument.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Yazoo City PEN

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Discrimation over access change to tru-Links

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

At FCI Englewood because all property and grievances were Lost by Yazoo City PEN.

2.    What did you claim in your grievance?

No Justification being placed on Req monitoring after/Going on 7yrs with No issues or problems Using the messaging system

3.    What was the result, if any?

Staff at all Levels qouted some other problem then address the issues of Req. Monitoring

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I took all Steps to appeal throw the grievance process. Grievance process was completed. Every step of the way addressed Staff with No responces (See Attchment)

VII. Exhaution of Admin Remedies Admin process (4)

1 of 2

Ele - cop-out

Date: 10-25-21  to Psychology

(No Response)

10-26-21  to Aw

(No Responce)

10-28-21  to Aw

(No Responce)

11-15-21  to Aw

(No Responce)

11-19-21  to Correctional Services

(No Responce)

12-6-21  to Aw for Captain Sapp

(No Responce)

12-7-21  to New Aw

(No Responce)

12-21-21  to Aw

(No Responce)

VII. Exhaution of Admin. Remedies Admin process  (4)
2 of 2

Date's :  ?

    Multipul cop-outs sent to SIS Lt asking
for a meeting. (Note 4 to 5 request) (No responce
from any staff of the SIS department.)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See Attachment* ~~(...)~~

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

*Copied for Legal use. No access to Elc - Cop-outs; (since 11-13-19)*

*1 of 11*

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Unit Counselor | 7-16-21 |
| FROM: Joseph Koehn | REGISTER NO.: 17659-055 |
| WORK ASSIGNMENT: F/S AM | UNIT: E/u 69u |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. This cop-out was put under your door so it doesn't get Lost in the institution mail. Copied for Legal use. Per PS 1330.18 A Staff member Can't refuse any inmate access to the admin process. Denial of access violate's are Due process rights. Under Federal Law and The PLRA when access is not granted to the admin process. Making the process "unaviable" to inmate's. The inmate can go right to the Courts. Since the warden is over you and all Staff here. I'm sure he will not mind being named in a civil Lawsuit. For violating my Due process rights, discrimination of inmate's, and violating BOP policy. So until Staff plan's to address my issues Correctly, Address they dropped the ball not me. I plan to do my Due process rights. We don't have to agree. That's why we have Law's, policies, and the admin process.

I'm requesting a BP-8 to file discrimination on this institution. Please + Thank you

(Do not write below this line)

DISPOSITION:

You were given 2 BP-8's to address your e-mail access which were taken by me and answered by staff Members.

_____  _____
Signature Staff Member          Date 7-16-21

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

Given BP-8 for discrimination by unit counselor
It's a different issue then what Counselor Address

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-Placed under door 7-16-21

**SECTION 6**

2 of 11

BP-A148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF**

| TO:(Name and Title of Staff Member) Mr. Campanelli | DATE: 7/26/21 |
|---|---|
| FROM: Joseph Koeho | REGISTER NO.: 17659-055 |
| WORK ASSIGNMENT: FSAM | UNIT: E/u  69u |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

Sir, I'm Looking for my responce on my BP-8 for discrimination. If their is No responce I would Like to go to a BP-9

Please and Thank You

(Do not write below this line)

DISPOSITION:

Still waiting for the Response from Dept. Head

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

**FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER**      **SECTION 6**

Attachment Given to Me on My BP-8.

Removed when I Sent BP-9 (By Staff)

3 of 11

★ Note this is a copy Inter was down in EDU. copied sent over tru-links (Email/corr.links) to family ★

BP-8 Response from the SIS Lt.

IT WAS SENT TO
REGIONAL DIRECTORS; WARDENS/ ALL INSTITUTIONS; AW-CUSTODY/ALL INST. SIS/ ALL SITES; CORR SVCS/ ALL SITES; BOP-CPD/SIU; BOP-CPD/CTU

THIS ADVISORY PROVIDE'S CLARIFICATION OF THE JULY 13,2007 MEMORANDUM ON FOREIGN LANGUAGE TRANSLATION SERVICES FOR INMATE COMMUNICATIONS AS IT RELATES SPECIFICALLY TO SEX OFFEDERS.

REMEMBER, NOT ALL INMATES IDENTIFIED BY THE SECURITY THREAT PROFILE, SEX OFFEDERS CATEGORY, MEET THE REQUIRERMENT FOR ENHANCED COMMUNICATION MONITORING. ENHANCED MONITORING ONLY APPLIES TO INMATES WHO ACTIVELY USED COMMUNICATIO DEVICES OR METHODS TO FURTHER THEIR CRIMINAL OR DEVIANT CONDUCT DURING THE COMMISSION OF THEIR CURRENT OR PRIOR OFFENCES, OR SINCE INCARCERATION. ACTIVITIES SUCH AS DOWNLOADING PORNOGRAPHIC IMAGES AND POSSESSION OF PORNOGRAPHIC MATERIALS/ IMAGES WOULD ORDINARILY NOT BE INCLUDED IN THE ENHANCED MONITORING CATEGORY. ADDITIONALLY, THOSE INMATES WHOES CONDUCT/ BEHAVIOR DID INVOLE COMMUNICATION DEVICES OR METHODS SUCH AS, EMAIL, CHAT ROOMS, TELEPHONE, CORRESPONDENCE, ECT., TO ENTRAP, ENTICE, HARASS, STALK, OR CONTACT THEIR VICTIMS SHOULD BE INCLUDED IN THE ENHANCED MONITORING CATEGORY. A REVIEW OF THE INMATES CENTRAL FILE AND CONSULTATION WITH PSYCHOLOGY SERVICES MAY BE NECESSARY TO ACCURATELY IDENTIFY INMATES MEETING THESE CRITERIA.

ADDITIONALLY, SEVERAL OF THE CATEGORIES LISTED IN ATTACHMENT "A" OF THE JULY 13TH.,2007 MEMORANDUM ARE TRIGGERED BY SPECIFIC TIME FRAMES, E.G. WITH IN THE PAST 3 YEARS. ACCORDINGLY, SYSTEMS OF CONTROL SHOULD BE DEVELOPED TO ENSURE REVIEW PROCESSES ARE IN PLACE TO ASSIGN AND/OR REMOVE INMATES TO THE ENHANCED COMMUNICATION MONITORING AS APPROPRIATE.)

A CORRECTIONAL SERVICES ASSIGNMENT HAS BEEN ESTABLISHED TO FACILITATE THE TRACKING OF INMATES REQUIRING ENHANCED COMMUNICATION MONITORING. THE CATEGORY IS REQD MONTR AND THE CURRENT ASSIGNMENT IS REQUIRD MONITORING. THIS ASSIGNMENT NEEDS TO BE ENTERED INTO SENTRY FOR EACH INMATE DETERMINED TO REQUIRE ENHANCED COMMUNICATION MONITORING.

WE REALIZE THE GUIDANCE PROVIDED IN THE JULY 13, 2007, MEMORANDUM MAY INCREASE THE NUMBER OF INMATES BEING MONITORED AT AN ENHANCED LEVEL.

THIS PAPER WORK STATES ITS POLISENSITIVE AND IS FOR LIMITED OFFICIAL USE ONLY.

69 U - Center Range

3 of 11

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 29, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ENGLEWOOD FCI

TO  : JOSEPH A KOEHN, 17659-055
      ENGLEWOOD FCI    UNT: EAST    QTR: E10-069U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1087914-F1
DATE RECEIVED   : JULY 15, 2021
RESPONSE DUE    : AUGUST 4, 2021
SUBJECT 1       : DISCRIMINATION
SUBJECT 2       : TRULINCS

*Addressed Mr. Campanelli on 8/13/21 Said He still hadn't got
anything that it might be in the mail today. *



**U.S. Department of Justice**     4 of 11

**Federal Bureau of Prisons**

**Federal Correctional Institution**

FCI Englewood, CO 80123

August 11, 2021

**MEMORANDUM FOR REGIONAL ADMINISTRATIVE REMEDY COORDINATOR**

**FROM:**          D. Lozano, Administrative Remedy Clerk

**SUBJECT:**       Administrative Remedy No.: 1087914-F1
                  Name: KOEHN, Joseph
                  Reg. No: 17659-055

Administrative Remedy Response number 1087914-F1 dated August 06, 2021, was delayed in return to Mr. Koehn due to no fault of the inmate.

Please allow this memorandum to serve as notice that the Administrative Remedy Response was not returned to the inmate until August 11, 2021. Please use this return date as the basis for timely appeal.

5 of 11

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Kahn, Joseph A.    17659-055    E/11    Englewood
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** At Yazoo PEN I was Place on Regd. MoniTR by Staff. 7 plus years after it was turn on (4/22/14) My charges Never changed. This is a clear violation of PS1040.04 dNON-discrimination toward inmates. This IS Not Justified because in 7 years my message work Like everyone else. It also violation of PS3420.11 were it states A inmate will Not be treated different then another inmate or a group. I was discriminated at Yazoo PEN for being a Sex Offeder. And Threated by Staff that doesn't Justify my access to my messager to Change. Joseph Kahn

7-14-21    I have No victim it was made up.
DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**

8/5/21
DATE

JF Williams
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**    CASE NUMBER: 1087914-F

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR.    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

6 of 11

**BP-229 RESPONSE**                              **Case Number: 1087914-F1**

This is in response to your Request for Administrative Remedy received on July 15, 2021, wherein you allege you have been wrongly placed on Required Monitoring.

A review of this matter revealed due to the avenue in which your alleged crime was committed (AOL messenger and text messages), you fall within guidelines placed in being subject to enhanced monitoring. Further, while housed at FCI Elkton, you were sanctioned for sending threatening communications through a copout via Trulincs.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
J. F. Williams, Warden                              Date

8/5/2021

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 2, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : JOSEPH A KOEHN, 17659-055
      ENGLEWOOD FCI      UNT: EAST    QTR: E09-043U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1087914-R1
DATE RECEIVED   : AUGUST 31, 2021
RESPONSE DUE    : OCTOBER 30, 2021
SUBJECT 1       : DISCRIMINATION
SUBJECT 2       : TRULINCS

8 of 11

FCI Englewood
OCT 2~ 2021
10·26·21
Admin Remedy Program

JOSEPH A KOEHN, 17659-055
ENGLEWOOD FCI    UNIT: EAST        QTR: E09-043U
9595 WEST QUINCY AVENUE
LITTLETON,  CO 80123

Recul on 10-27-21

Given to I/M on 10-27-21

* BP-9 and 8
   Both removed
      10-27-21

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

9 of 11

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Kuehn Joseph A          17659-055          East Unit    Englewood
       LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** This Complaint has nothing to do with my alleged
crime. It has to do with Staff not doing their Job. Not following their
Policy's and making me pay for it. My message was turned on 4/22/14
till Nov of 2020. I was Never on enhanced monitoring. Even after
the cop-out at FCI Elkton. A cop-out at FCI Petersburg got my cop-out
turned off. Yet No changes to my messager. Their are many inmates
at the yard I'm at like me and most introduced I see here for Sirs
on the Same Charge and I wasn't monitored then. What Justifies it
Now! My charge's and rules have stated the same. Staff dropped the
Ball not me. I will turn this into a civil case for discrimination if Need
be, I did Nothing wrong here.

8/11/21          Staff didn't follow the rules not me          [signature]
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1087914 R1

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN          BP-230(13)
JUNE 2002

*10 of 11*

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:   1087914-R1**

This is in response to your Regional Administrative Remedy Appeal received in this office on August 31, 2021, in which you allege you have been improperly denied access to the Trust Fund Limited Inmate Computer System (TRULINCS) electronic messaging program.   For relief, you request access to the TRULINCS electronic messaging program.

We have reviewed your appeal and the Warden's response dated August 5, 2021.   Program Statement 4500.11, Trust Fund/Deposit Fund Manual, states, "Inmates whose offense, conduct, or other personal history indicates a propensity to offend through the use of email or jeopardizes the safety, security, orderly operation of the correctional facility, or the protection of the public or staff, should be seriously considered for restriction."   As indicated in the Warden's response, a review of your personal history and offense conduct was completed.   Based upon this information, you have been precluded from TRULINCS program participation.   Accordingly, the Warden's decision to deny you access to TRULINCS is within agency policy and is supported.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_9-22-2021_
Date

_____
Barb von Blanckensee, Regional Director

Tracking Number 7019 0700 0000 7857 5139

11 of 11

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Koehn, Joseph A    17659-055    E/U    Englewood
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** First my complaint is on Discrimination. Not access to Trulinks. Regonal Never read my complaint. I have access to Trulinks. We are talking about access to my email being changed after 7yrs with No Just reason. When was I ever precluded from Trulinks. I have Never fell under this. My conduct and Charge's have Never changed. My access to my email was Shanged because staff hasn't done their Job. Email was put on in April 22, 2014. My Access changed in Oct of 2020. Why? Nothing I have done has Justified the change. All that happend was Staff Lieing and Not doing their Job. So I pay for it? I will push Discrimination in Court.

10-27-21
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Due Back Jan. 5th No Response

DATE    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**
    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☒   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Joseph A. Koehn

Defendant(s)    Lost all papers total of 8 or 9 Defendants

2.    Court *(if federal court, name the district; if state court, name the county and State)*

District of Colorado

3.    Docket or index number

No idea all paper's Lost

4.    Name of Judge assigned to your case

No idea all paper's Lost

5.    Approximate date of filing lawsuit

No idea all paper's Lost

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Case was dismissed

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Jan 5th 2022

Signature of Plaintiff    _Joseph Kael_

Printed Name of Plaintiff    Joseph Koehn

Prison Identification #    17659-055

Prison Address    9595 West Quincy Ave

Littleton          CO        80123
City                State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                State        Zip Code

Telephone Number    _____

E-mail Address    _____

Joseph A. Koehn
#17659-055
Federal Correctional Institution
9595 West Quincy Ave.
Littleton, CO 80123

To: The Federal Clerk

   My name is Joseph Koehn. I fear retalation from staff at this institution. This is the only copy of a complaint for violation of Civil Rights by a prisnor. I tried to find the application to proceed in forma pauperis. With No Luck. Do to my fear of retalation by staff. I respectfully ask the courts and the Clerk's office to please file my paper work and send me the application to proceed in forma pauperis. If I wasn't in fear by staff because of the wrong doing I can prove. I would have waited but. I don't feel that I can. With fear of going to the SHU. I made a Lot of Staff at my Level mad.
   Please help me address my concern's and send me the application to proceed in forma pauperis. I have No money. I make 12 cent's a hour. My claim is fully validated. I Just can't and don't have the fee. I

would also like to Know how I can address my complaint as a class action suit.

I applogize to the clerk and the Courts if I'm doing this wrong. I have no Legal back grown. But I Know wrong is wrong and Law is Law. I have right's Just don't Know what or how to do it.

Thank You

Date 1-5-21          Respectfully,

X _Jayeph Kaehn_
                    #17659-055
        Federal Correctional Instition
        9595 West Quincy Ave
        Littleton, CO 80123