IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-00159
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2022

JEFFREY P. COLWELL
CLERK

Joseph Koehn, Plaintiff

v.

Williams, FNU Warden
Cassidy, FNU AW
Lillard, FNU AW
Sapp, FNU Captain and multiple FNUs
Giraldo, FNU SIA
Barb Blanckensee, Regional Director,
Nelson, FNU Unit Manger

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.

Joseph Koehn 17659-055 FCI Englewood 9595 W Quincy Ave Littleton, CO 80123
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

Indicate whether you are a prisoner or other confined person as follows: (check one)

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner
___ Other: (Please explain) _____

**B. DEFENDANT(S) INFORMATION**

Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."

Defendant 1: Williams Warden   FCI Englewood 9595 W. Quincy Ave Littleton, CO 80123
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (check one). Briefly explain:

Because the issue was never address correctly

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: <u>Cassidy  Aw  FCI Englewood, 9595 W.</u>
(Name, job title, and complete mailing address)
<u>Quincy Ave, Littleton, CO 80123</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:
<u>Aw Cassidy stated "Staff can do</u>
<u>whatever they want.</u>

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: <u>LILLard Aw, FCI Englewood, 9595 W.</u>
(Name, job title, and complete mailing address)
<u>Quincy Ave, Littleton, CO 80123</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:
<u>He told me staff didn't do their Job for 8yrs</u>
<u>So now they have to. Its over his pay Level</u>

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

_X_ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). (federal defendants)

___ Other: (*please identify*) _____

B. Defendant(s) information

Defendant 4: Sapp, Captain FCI Englewood 9595 W. Quincy Ave., Littleton, CO 80123
At the time the claim(s) in this complaint arose, was the defendant acting under color of state or federal law
              Yes   X  No
. was rude when I addressed him and lied to my face

Defendant 5: SIS Lt   FCI Englewood 9595 W. Quincy Ave. Littleton, CO 80123
At the time the claim(s) in this complaint arose, was the defendant acting, under color of state or federal Law
              Yes   X  No
Said they look into it refuse to show me policy

Defendant 6: SIS tec FCI Englewood 9595 W. Quincy Ave., Littleton, CO 80123
At the time the claim(s) in this complaint arose, was the defendant acting, under color of state or federal Law
              Yes   X  No
Rejecting emails with family and Shaking down my cell.

Defendant 7: Giraldo SIA at Yazoo PEN in Yazoo Mississippi
At the time the claim(s) in this complaint arose, was the defendant acting under color of state of federal Law
              Yes   X  No
He stated all Sex offender are on Req monitoring

Defendant 8: Nelson unit manger FCI Englewood
9595 West Quincy Ave. Littleton, Co 80123
At the time the claim(s) in this complaint arose, was the defendant acting under color of State or federal Law
___ Yes  X  No
Said He would retailate on other inmates when I was addressing my issues with him

Defendant 9: Barb Blanckensee Regional Director
Gateway Complex, Tower II, 8th Floor 400 State Ave
Kansas City, Kansas 66101-2492
At the time the claim(s) in this complaint arose, was the defendant acting under color of State or federal Law
___ Yes  X  No
Didn't address my admin process correctly or Respectfully Lied about what Warden did.

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

Supporting facts:

Please Refer to ECF No 1. Base's of claim for Due Process and Equal Protection. After filing in Court SIS took all Legal Documents. I Lost a lot and they refuse me a confiscation form.

4

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): (No Idea Staff Lost all my property

Docket number and court: My case was filed in the District of Colorado

Claims raised: Medical Denied

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) dismissed

Reasons for dismissal, if dismissed: Said I was wrong

Result on appeal, if appealed: _____

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

### G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

My stuff back the way that it was. And the BOP to pay for any and all Court Fee's

### H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Joseph Karl*
(Plaintiff's signature)

1-27-22
(Date)

(Form Revised December 2017)

6