**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2022    2-14-22

JEFFEREY P. COLWELL
CLERK

Joseph Koehn
# 17659-055
Federal Correctional Institution          Case # 1:22-CV-00159
9595 West Quincy Ave
Littleton, CO 80123


Motion to motify releaf of Complaint


I respectfully ask to motify my releaf on
this complaint. Because I feel that I can show,
if not prove all defendant's in this case acted
out of the color of Law and violation of BOP
policy's. To hinder my access to the admin. process
after violating my right's.
Among putting my email back the way that
it was and paying for my court fee's. I'm
asking For 250,000 for the wrong doing by staff
and acting out of the color of their Job. Plus
to pay for the appointment of Counsel or
Limited representation of appointment of Counsel
if it shown with out a dought their was
wrong doing by the FBOP employee's.


I declare under penalty of perjury that the
information in this motion is true and correct.

Executed on 2-14-22

Date

(prisoner's Signature)