**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2022          2-14-22

JEFFREY P. COLWELL
CLERK

Joseph Boehm
#17659-055
Federal Correctional Institution      Case #1:22-cv-00159
9595 West Quincy Ave
Littleton, CO 80123

<u>Motion to add Defendants</u>

Kevin Morgan, Lt. Durant, FNU Thomas, FNU Goodman
  FBOP
Federal Correctional Institution
9595 West Quincy Ave         [X] individual capasity
Littleton, CO 80123          [X] personal capasity

  Kevin Morgan is my Unit Counslor, Lt. Durant is a Lt., Ms. Thomas is the admin Coor, and Mr. Goodman is my unit case manger. All part's involve are violating my rights to Due process. In the last 40 plus day's I have addressed all parties and even tried to take the next's step in the process. Yet it was rejected Along with the Added Staff. Aw Lillard pushed me off and Aw Cassidy stated "be patient and wait." When I tried to say something Aw Cassidy Told me to "Go Away."
  For these reason's add other's I will show in time. I Respectfully ask for the four defendants

To be add to my case.

I declare under penalty of perjury that the information in this motion is true and correct. See 28 U.S.C. § 1746;

Executed on 2-14-22
                Date

                        *Joseph Bach*
                    (Prisoner's Signature)